# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139958

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LANDMARK CONTRACTING COMPANY,
     Plaintiff-Appellee,

v

ATLANTIS DEVELOPMENT COMPANY, INC.
and RAAD ASMAR, a/k/a ROBERT ASMAR,
     Defendants-Appellants.

SC: 139958
COA: 285779
Oakland CC: 2007-087045-CK

_____/

On order of the Court, the application for leave to appeal the August 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

s0222